## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:20-CV-01508-PGB-GJK

Plaintiff:
DAVID POSCHMANN

vs.

Defendant:
SEASHELL SUITES, INC.

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431



JEG2020000781

Received by 24 Hour Process LLC on the 25th day of August, 2020 at 9:32 am to be served on **SEASHELL SUITES, INC.** Wendell Mazelow as Registered Agent, **8796 South Highway A1A, Melbourne Beach, FL 32951**.

I, Ceasar Troso, being duly sworn, depose and say that on the **26th day of August, 2020 at 11:40 am, I:**

**CORPORATE:** Served **SEASHELL SUITES, INC.** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Wendell Mazelow as Registered Agent for SEASHELL SUITES, INC.**, at the address of: **8796 South Highway A1A, Melbourne Beach, FL 32951**, and informed said person of the contents therein, in compliance with state statutes

**Description of Person Served:** Age: 70, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 225, Hair: Grey. Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or Special Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2).

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of [ x ] physical presence or [ ] online notarization on the 26th day of August, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

REGINA MOORE
MY COMMISSION # GG 075410
EXPIRES: February 21, 2021
Bonded Thru Budget Notary Services

Ceasar Troso
CPS #414

**24 Hour Process LLC**
**6742 Forest Hill Blvd**
**#300**
**West Palm Beach, FL 33413**
**(561) 705-2378**

Our Job Serial Number: JEG-2020000781
Ref: SEASHELL SUITES, INC.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida   ▼

|  |  |  |
|---|---|---|
| DAVID POSCHMANN, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | 6:20-cv-1508-ORL-40GJK |
| v. | ) | Civil Action No. |
| | ) | |
| SEASHELL SUITES, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

8/26/20  11:40am
CT
414

To: *(Defendant's name and address)*  SEASHELL SUITES, INC.
Wendell Mazelow, Registered Agent
8796 South Highway A1A
Melbourne Beach, Florida 32951

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Drew M. Levitt, Esq./Lee D. Sarkin, Esq.
4700 NW Boca Raton Blvd., #302
Boca Raton, Fl. 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Aug 21, 2020**

*Signature of*